# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Emanuel Shoulders,

    Plaintiff,

          v.                                Case No. 1:17cv703

Z. Cherryholmes, *et al.*,                 Judge Michael R. Barrett

    Defendants.

## **ORDER**

This matter is before the Court upon Plaintiff's Motion for Extension of Time. (Doc. 26). Plaintiff explains that he has been transferred to multiple jails and does not have his legal documents or evidence in his possession. Plaintiff requests that a copy of all his filings be mailed to him. Plaintiff also seeks an extension of time to take further action.

The Court notes that on July 7, 2018, the Magistrate Judge's July 2, 2017 Order (Doc. 23) and July 2, 2017 Report and Recommendation (Doc. 24) were returned to the Clerk's Office as undeliverable. (Doc. 25).

The Clerk's Office is **DIRECTED** to mail the following to Plaintiff: (1) a copy of the docket in this matter; (2) the Magistrate Judge's July 2, 2017 Order (Doc. 23); (3) a copy of the Magistrate Judge's July 2, 2018 Report and Recommendation (Doc. 24); and this Court's Order adopting the Magistrate Judge's December 12, 2017 Report and Recommendation (Doc. 27). In addition, the docket in this matter is to be updated to reflect the address on Plaintiff's current address: Corrections Center of Northwest Ohio, 03151 County Road, 2425, Stryker, Ohio, 43557-9418.

However, Plaintiff should be aware that he has a duty to notify the Court of any and all changes in address. *Barber v. Runyon*, No. 93-6318, 1994 WL 163765, at *1 (6th Cir. May 2, 1994).

Plaintiff's Motion for Extension of Time (Doc. 26) is **GRANTED**. Plaintiff shall have **fourteen (14) days** after being served with a copy thereof.

**IT IS SO ORDERED.**

                                                   */s/ Michael R. Barrett*
                                                   Michael R. Barrett
                                                   United States District Judge