**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Emanuel Shoulders,

    Plaintiff,

       v.                                Case No.  1:17cv703

Z. Cherryholmes, *et al.*,               Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Magistrate Judge's July 2, 2018 Report and Recommendation ("R&R"). (Doc. 24). The Magistrate Judge recommends denying Plaintiff's pro se motion for injunctive relief (Doc. 10). As the Magistrate Judge explained, Plaintiff's motion appears to seek a Court Order to prohibit defendants from using mace on non-threatening inmates.

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). While Plaintiff filed a Motion for Extension of Time to extend the discovery deadline (Doc. 30, PAGEID# 282), no objections to the Magistrate Judge's R&R have been filed.

Accordingly, the Magistrate Judge's July 2, 2018 R&R (Doc. 24) is **ADOPTED**. Plaintiff's pro se motion for injunctive relief (Doc. 10) is **DENIED**.

**IT IS SO ORDERED.**

                                 */s/ Michael R. Barrett*
                                Michael R. Barrett
                                United States District Judge